BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone:  (415) 977-8975
    Facsimile:  (415) 744-0134
    E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ANN LOMBARDI,<br><br>    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 2:15-cv-478-KJN<br><br>STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to file a cross-motion for summary judgment.  The extension is necessary because the undersigned attorney for Defendant was unexpectedly out of the office from October 9, 2015, to October 19, 2015, due to medical issues.  The

undersigned attorney for Defendant is diligently working to catch up on her full caseload, but will need additional time to address this case among the numerous cases which have also fallen due in her absence.

There has been one prior extension in this case, a 45-day extension of time for Plaintiff to file her motion for summary judgment. Defendant's motion was previously due on or before October 22, 2015; the new deadline would be November 23, 2015, as the 30th day falls on a Saturday.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: October 20, 2015         By: */s/ Vijay Patel*
                                    (as authorized via e-mail)
                                    VIJAY PATEL
                                    Attorney for Plaintiff

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: October 20, 2015         By: */s/ Brenda M. Pullin*
                                    BRENDA M. PULLIN
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 21, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE